UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| KENNETH D. DIPPEL, | ) | Civil Action No.: 4:16-cv-1605-RBH-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER** |
| | ) | |
| SOUTH CAROLINA FARM BUREAU | ) | |
| MUTUAL INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

A hearing is scheduled in this case for October 30, 2018, at 10:00 a.m. A number of filings have been made in this case. To be clear, as stated in the Notice of Hearing (ECF No. 122) filed on October 2, 2018, the October 30th hearing is limited to the issues raised in Non-Parties Donan Engineering Company, Inc. and Christopher Scallion's Motion to Quash (ECF No. 81), Plaintiff's Motions to Compel and for Sanctions (ECF Nos. 89, 95), Plaintiff's Motion for Hearing and for Judicial Notice (ECF No. 92), Plaintiff's Motion for Issuance of Subpoena (ECF No. 93), and Defendant's Motion to Waive Mediation (ECF No. 107).

Furthermore, the recording of court proceedings is explicitly prohibited by Local Civil Rule 83.III.05, D.S.C. Therefore, Plaintiff's Motion for Permission for Video Recording the October 30th Hearing (ECF No. 129) is **DENIED**.

**IT IS SO ORDERED.**

                                           s/Thomas E. Rogers, III
                                           Thomas E. Rogers, III
                                           United States Magistrate Judge

October 26, 2018
Florence, South Carolina